

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00280-CR
### NO. 02-12-00281-CR

ERIC CHRISTY, JR.                                                                          APPELLANT

V.

THE STATE OF TEXAS                                                                          STATE

----------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Eric Christy, Jr. attempts to appeal from his convictions for aggravated robbery with a deadly weapon and burglary of a habitation. The trial court's certification in each case states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On June 26, 2012, we notified Christy that these appeal may be dismissed unless he or any party desiring to continue the appeals filed a response showing grounds for

---

[1]*See* Tex. R. App. P. 47.4.

continuing the appeals.  No party filed a response.  In accordance with the trial court's certifications, we therefore dismiss these appeals.  *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 16, 2012